## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE

MEDIC DRUG INC, et al

V.                                   Case Number:   3:04-cv-368(MRK)

PURDUE PHARMA COPURDUE PHARMA CO, et al

Notice to  Clerk, District Court,
for the District of **Southern New York**
---------------------

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at New Haven, Connecticut, June 8, 2004.

KEVIN F. ROWE, CLERK

By: _____
Joanne Pesta
Deputy Clerk

Enclosures

FILED JUN 29 10 57 AM '04 U.S. DISTRICT COURT NEW HAVEN, CONN.

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on __ 6/17/04 __

Assigned case number: 1:04 cv 4574

This case was received by: _____